# Court of Appeals
# of the State of Georgia

ATLANTA,  October 01, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0348. JONATHAN ROOKS v. THE STATE.**

A jury found Jonathan Rooks guilty of two counts of first degree cruelty to children. Rooks filed a motion for new trial, which was subsequently amended.[1] The trial court denied the motion on June 27, 2019, and Rooks filed a notice of appeal on August 9, 2019. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Rook filed his notice of appeal 43 days after entry of the trial court's order, his appeal is untimely, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/01/2019*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Rooks was initially represented by counsel below, but he was granted permission to represent himself, and he filed amended motions for new trial pro se.